UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBIN JOHNSON )<br>       Plaintiff, )<br>       )<br>v. )<br>       )<br>NORTH CAROLINA DEPARTMENT OF )<br>JUSTICE, *Attorney General's Office,* )<br>*Administrative Division, Human Services* )<br>*Section* )<br>       Defendant. ) | **JUDGMENT**<br>No. 5:16-CV-679-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment, plaintiff's motion for summary judgment, plaintiff's motion to amend motion for summary judgment, plaintiff's motion to strike statement of material facts and plaintiff's motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 5, 2019, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted, plaintiff's motion for summary judgment is denied, plaintiff's motion to strike statement of material facts and plaintiff's motion to amend are denied as moot and and plaintiff's motion to seal is granted.

**This Judgment Filed and Entered on September 5, 2019, and Copies To:**
Robin Johnson (via US mail) 3713 Greywood Drive, Raleigh, NC 27604
Amar Majmundar / Jason R. Rosser (via CM/ECF Notice of Electronic Filing)

September 5, 2019                  PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk